IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAMERON TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-4793-M-BN |
| | § | |
| CHASE HOME FINANCE N.A., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 20, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

Defendant's motion to dismiss [Dkt. No. 7] is GRANTED with prejudice as to Plaintiff's claims of wrongful foreclosure and attempted wrongful foreclosure.

Defendant's motion to dismiss is GRANTED without prejudice as to Plaintiff's claims that Plaintiff was required to modify the loan or allow him to sell the property, declaratory relief, and injunctive relief.

Plaintiff may file an amended complaint as to those claims that should be dismissed without prejudice within 21 days of the date of this Order. If Plaintiff fails to do so, the case will be be dismissed with prejudice without further notice.

**SO ORDERED** this 15th day of April, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS